UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

**AUTISM SOCIETY OF MICHIGAN,**

              **Plaintiff,**          Civil Action No. 5:05-CV-73

v.                                       Hon. GORDON J. QUIST

**RONALD FULLER, in his official
capacity as Superintendent, Parchment
School District, CHARLES NICHOLSON,
in his official capacity as Principal,
Parchment High School, ROBERT
CHAMPION, NANCY LENZ, LARRY
REEVES, STEVE GIBSON, DEB
SULLIVAN, ROBERTO AGUIRRE, AND
JOEL SHAFFER, in their official capacities
as members of the PARCHMENT SCHOOL
DISTRICT SCHOOL BOARD,**

              **Defendants.**

| | |
|---|---|
| Stacy A. Hickox (P54431) | Gary Bartosiewicz (P28934) |
| Michigan Protection & Advocacy Service, Inc. | Early, Lennon, Crocker & 4095 |
| Legacy Parkway, Suite 500 | Bartosiewicz |
| Lansing, MI 48911 | 900 Comerica Building |
| Phone: (517) 487-1755 | Kalamazoo, MI 49007 |
| Counsel for Plaintiff | Phone: (269) 381-8844 |
| | Counsel for Defendants |
| Mark A. Cody (P42695) | |
| Michigan Protection & Advocacy Service, Inc. | |
| 4095 Legacy Parkway, Suite 500 | |
| Lansing, MI 48911 | |
| Phone: (517) 487-1755 | |
| Counsel for Plaintiff | |

## **PLAINTIFF'S MOTION TO COMPEL DISCOVERY**

      Pursuant to Fed. R. Civ. P. 37, Plaintiff Autism Society of Michigan ("ASM") hereby

moves this Court to compel Defendant Fuller to comply with the specific requests for documents

and interrogatories as detailed in Plaintiff's First Request for Production and Inspection of Documents and Plaintiff's First Set of Interrogatories to Defendant Fuller, served on June 20, 2005.

Plaintiff seeks immediate production of documents and answers to interrogatories served to Defendant Fuller. Counsel for Plaintiff has attempted to negotiate in good faith with Defendants' counsel in order to obtain documents and responses to interrogatories. Counsel has been unable to resolve this dispute and there respectfully petitions this Court for an Order requiring compliance. This Motion is based on the grounds set forth in the attached supporting memorandum.

Plaintiff respectfully requests that that this Court order Defendants to produce:

1. Any and all documents that mention or relate in any way to the physical restraint of any student with a disability who was at the time attending classes at Parchment High School from August 1, 1993 to the present.

2. Any and all documents that mention or relate in any way to the training of any Parchment School District employees in the use of physical restraints or any other method of behavior modification from August 1, 1993 to the present.

3. Any and all documents related to the training of any Parchment School District employees in the use of restraints which has occurred since August 1, 2003.

4. Any student directory prepared for Parchment High School for the 2002-2003 or 2003-2004 school years.

5. Any and all documents relating to the consideration of policies, currently adopted policies, or policies in place since August 1, 1993 of Parchment School District regarding the use of physical restraints on students attending classes at the school.

6.       Any agreements between the Parchment School District and the Kalamazoo Regional Educational Service Agency ("KRESA") regarding placement of KRESA educational programs at any Parchment School District building.

7.       Answers in full and in writing to interrogatories served to Defendant Fuller on June 20, 2005.

Respectfully Submitted,

/s/ Stacy A. Hickox_____
Stacy A. Hickox (P54431)
Michigan Protection & Advocacy Service, Inc.
4095 Legacy Parkway, Suite 500
Lansing, MI 48911
(517) 487-1755
Attorney for Plaintiff

Date:   August 5, 2005