UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

AUTISM SOCIETY OF MICHIGAN,
et al.,

    Plaintiffs,

v.                                            Case No. 5:05-CV-73

RONALD FULLER, et al.,              HON. GORDON J. QUIST

    Defendants.

---

## **ORDER**

The appearance of Brad Allen Banasik as counsel for the Michigan Association of School Boards is hereby stricken for the following reason: The Michigan Association of School Boards is neither a party nor an amicus in this case entitled to service pursuant to the Federal Rules of Civil Procedure. All filings in this case are a matter of public record.


Dated: February 15, 2006                               /s/ Gordon J. Quist
                                                                    GORDON J. QUIST
                                                          UNITED STATES DISTRICT JUDGE